NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNIVERSITY OF UTAH,**
*Plaintiff-Appellee,*

v.

**MAX-PLANCK-GESELLSCHAFT ZUR FORDERUNG DER WISSENSCHAFTEN E.V., MAX-PLANCK-INNOVATION GMBH, WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, AND ALNYLAM PHARMACEUTICALS, INC.,**
*Defendants-Appellants,*

AND

**ROBERT L. CARET, JAMES R. JULIAN, JR., DAVID J. GRAY, AND JAMES P. MCNAMARA,**
*Defendants-Appellants.*

---

2012-1540, -1541

---

Appeals from the United States District Court for the District of Massachusetts in case no. 11-CV-10484, Judge Patti B. Saris.

## ON MOTION

## ORDER

The appellants submit a motion for a stay, pending appeal, of all proceedings before the United States District Court for the District of Massachusetts in this case pending this court's disposition of their appeals. The appellants also request correction of the official caption.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The appellee is directed to respond to the motion for a stay no later than August 24, 2012.

(2) The revised official caption is reflected above.

FOR THE COURT

AUG 1 7 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Steve Berman, Esq.
    David Isaac Gindler, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 7 2012

JAN HORBALY
CLERK